# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVE JOSEPH NOBLE,** | ) | NO. CV 14-1429-JVS (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **JEFF MACOMBER, Warden,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   February 26, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1